**EXHIBIT A**



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
June 11, 2021 13:44

By: PAUL KNOTT 0059727

Confirmation Nbr. 2275352

CORRINE PAYTON                    CV 21 948649

   vs.
                                                     **Judge:** JOHN D. SUTULA

DOLLAR TREE, INC., ET AL

**Pages Filed:** 3

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| CORRINE PAYTON<br>1422 SOM Center Road #303<br>Mayfield Hts., Ohio  44124 | )<br>)<br>) | CASE NO. |
| | ) | JUDGE |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| DOLLAR TREE, Inc.<br>c/o Corporation Service Company, Statutory Agent<br>100 Shockoe Slip Fl 2<br>Richmond, VA  23219-4100 | )<br>)<br>)<br>)<br>) | COMPLAINT<br>(Jury demand endorsed hereon) |
| Also serve at<br>1609 Golden Gate Plaza<br>Mayfield Heights, Ohio  44124 | )<br>)<br>)<br>) | |
| Defendant. | ) | |

Now comes Plaintiff, Corrine Payton, by and through attorney Paul Knott and for her Complaint state as follows:

COUNT ONE

1. Defendant Dollar Tree, Inc. was at all times relevant herein in custody, management and control and responsible for the care and maintenance of the Dollar Tree store #4559 located at 1609 Golden Gate Plaza, in the City of Mayfield Heights, County of Cuyahoga and State of Ohio (hereinafter "premises").

2. On or about June 25, 2019, Plaintiff Corrine Payton was, at all times relevant herein, an invitee of Defendant at the premises.

3. Plaintiff believes and therefore avers that Defendant was negligent in creating a latent hazard upon the premises, i.e. causing and permitting liquid soap to accumulate on the floor and failing to warn invitees, including Plaintiff Corrine Payton, of said hazard

4. Plaintiff was at all times exercising due care while walking through the premises when she slipped and fell on the aforementioned liquid soap.

5. As a further direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer serious and permanent injuries to her head, neck, elbow, back and other parts of her body; was caused to suffer and continues to suffer great pain of body and mind, now and in the future; was prevented from transacting her normal and daily activities, now and in the future; and was caused to seek medical treatment for which she incurred expenses and will incur additional expenses for further such treatment in the future.

WHEREFORE, Plaintiff Corrine Payton demand judgment against Defendant, Dollar Tree in an amount in excess of $25,000.00, plus interest and for all costs incurred herein.

Respectfully submitted,

/s/ Paul Knott
_____
PAUL KNOTT -- #0059727
The IMG Center
1360 East 9th Street, Suite 910
Cleveland, Ohio  44114
216-589-0907
216-589-0907 facsimile
pknott@knottlawoffice.com

Attorney for Plaintiff

## JURY DEMAND

Plaintiff hereby demand a trial by Jury in the within matter.

/s/ *Paul Knott*

---

PAUL KNOTT -- #0059727

| CASE NO. | SUMMONS NO. |
|---|---|
| CV21948649   D1 CM | 44638956 |

Rule 4 (B) Ohio
Rules of Civil Procedure

|  |  |
|---|---|
| CORRINE PAYTON | **PLAINTIFF** |
| VS | |
| DOLLAR TREE, INC., ET AL | **DEFENDANT** |

# SUMMONS

DOLLAR TREE, INC.
C/O CORPORATION SERVICE COMPANY,
STATUTORY AGENT
100 SHOCKOE SLIP FL 2
RICHMOND VA 23219

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



**Plantiff's Attorney**

PAUL KNOTT
1360 EAST 9TH STREET   STE 910

CLEVELAND, OH 44114-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

JOHN D SUTULA
Do not contact judge. Judge's name is given for attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | |
|---|---|
| Jun 11, 2021 | By _____ |
| | Deputy |

COMPLAINT FILED   06/11/2021

CMSN130

UNITED STATES
POSTAL SERVICE™

Date Produced: 06/28/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3544 8725 31. Our records indicate that this item was delivered on 06/21/2021 at 01:25 p.m. in RICHMOND, VA 23219. The scanned image of the recipient information is provided below.

Signature of Recipient :  *Agent Covid 19*

Address of Recipient :  *100 Shockoe Slip 3rd*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV21048649 44638956 / DOLLAR TREE, INC / 20210630050505 Case CV21048649
Sent To: 100 SHOCKOE SLIP FL 2 RICHMOND, VA 23219

| SUMMONS IN A CIVIL ACTION | COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113 |
|---|---|

| CASE NO. | SUMMONS NO. |
|---|---|
| CV21948649  D1 CM | 44638957 |

Rule 4 (B) Ohio
Rules of Civil Procedure

**SUMMONS**

```
        CORRINE PAYTON           PLAINTIFF
              VS
     DOLLAR TREE, INC., ET AL    DEFENDANT
```

```
DOLLAR TREE, INC.
C/O CORPORATION SERVICE COMPANY,
STATUTORY AGENT
1609 GOLDEN GATE PLAZA
CLEVELAND OH 44124-0000
```

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Plantiff's Attorney

```
PAUL KNOTT
1360 EAST 9TH STREET   STE 910

CLEVELAND, OH 44114-0000
```

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

```
JOHN D SUTULA
Do not contact judge. Judge's name is given for
attorney's reference only.
```

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | By _____ |
|---|---|
| Jun 11, 2021 | Deputy |

COMPLAINT FILED   06/11/2021

CMSN130

| CASE NO. | SUMMONS NO. |
|---|---|
| CV21948649   D1 CM | 44638957 |

Rule 4 (B) Ohio
Rules of Civil Procedure

CORRINE PAYTON         **PLAINTIFF**
VS
DOLLAR TREE, INC., ET AL    **DEFENDANT**

# SUMMONS

DOLLAR TREE, INC.
C/O CORPORATION SERVICE COMPANY,
STATUTORY AGENT
1609 GOLDEN GATE PLAZA
CLEVELAND OH 44124-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Plantiff's Attorney

PAUL KNOTT
1360 EAST 9TH STREET   STE 910

CLEVELAND, OH 44114-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

JOHN D SUTULA
Do not contact judge. Judge's name is given for attorney's reference only.



NAILAH K. BYRD
Clerk of the Court of Common Pleas

By 
Deputy

| DATE SENT |
|---|
| Jun 11, 2021 |

COMPLAINT FILED   06/11/2021



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**ANSWER OF...**
July 13, 2021 15:45

By: CHRISTOPHER E. COTTER 0084021

Confirmation Nbr. 2299701

CORRINE PAYTON                                  CV 21 948649

   vs.
                                                  **Judge:** JOHN D. SUTULA

DOLLAR TREE, INC., ET AL

**Pages Filed:** 5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| CORRINE PAYTON, | CASE NO. CV 21 948649 |
| Plaintiff, | JUDGE JOHN D. SUTULA |
| vs. | **ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT DOLLAR TREE STORES, INC.** |
| DOLLAR TREE, INC., et al. | |
| Defendants. | **(JURY DEMAND ENDORSED HEREON)** |

Now comes Defendant, Dollar Tree Stores, Inc. (incorrectly identified as "Dollar Tree, Inc." in Plaintiff's Complaint) (hereinafter "Answering Defendant" or "Dollar Tree"), by and through counsel, and for its Answer to Plaintiff's Complaint, states as follows:

### FIRST DEFENSE

### ANSWER TO FACTS COMMON TO ALL COUNTS

1. With respect to the allegations set forth in Paragraph 1 of Plaintiff's Complaint, Dollar Tree admits that it operated a store at 1609 Golden Gate Plaza, Mayfield Heights, Ohio. Dollar Tree is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore denies the same.

2. Dollar Tree is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and therefore denies the same.

3. Dollar Tree denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Dollar Tree denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Dollar Tree denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Dollar Tree denies all allegations set forth in the Complaint that it does not expressly admit here.

## AFFIRMATIVE DEFENSES

To the extent the evidence establishes the existence of any one or more of the following defenses or affirmative defenses, then Plaintiff is barred, in whole or in part, from obtaining any relief against this Answering Defendant:

1. Failure to state a claim upon which relief may be granted.

2. Failure to join necessary and indispensable parties to this action as required by Rules 17, 19, and 20 of the Federal Rules of Civil Procedure.

3. Comparative negligence of Plaintiff Corrine Payton.

4. Open and obvious doctrine.

5. Two inch rule and/or the condition was insignificant, trivial or insubstantial.

6. Step in the dark rule.

7. There was no dangerous condition or defect.

8. Lack of actual or constructive notice of a dangerous condition or defect.

9. Plaintiff cannot identify, explain or prove what caused the injury.

10. Primary assumption of the risk.

11. Secondary and/or implied assumption of the risk.

12. Express assumption of the risk.

13. Applicable statute of limitations.

14. Insufficiency of service of process.

15. Lack of personal jurisdiction.

16. Intervening and/or superseding cause.

17. Failure to mitigate damages.

18. Plaintiff is not the real party in interest to all or a portion of the claimed damages and, therefore, Plaintiff has no legal standing or right to recover.

19. Failure to join necessary and indispensable parties to this action.

20. Doctrines of waiver, estoppel and/or laches.

21. Plaintiff's claims violate Ohio's frivolous conduct statute, R.C. 2323.51, and/or Rule 11 of the Ohio Rules of Civil Procedure.

22. Any amount recoverable is limited by the Ohio Tort Reform Act.

23. This Answering Defendant asserts its right to the "empty chair" defense pursuant to R.C. 2307.23.

24. Plaintiff's claims are barred or limited by the spoliation of evidence by persons or entities other than Answering Defendant.

25. Plaintiff's claims are barred by fraud by Plaintiff and/or persons acting in concert with Plaintiff.

26. This Answering Defendant reserves the right to assert additional affirmative defenses as the result of ongoing discovery.

WHEREFORE, Defendant Dollar Tree Stores, Inc. demands that Plaintiff's Complaint be dismissed with prejudice at Plaintiff's costs and for such further equitable relief deemed appropriate by this Court.

Respectfully submitted,

*/s/ Christopher E. Cotter*
Christopher E. Cotter (84021)
ccotter@ralaw.com
Nicholas A. Adair (96807)
nadair@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Direct: 330.819.1127
Telephone: 330.376.2700
Facsimile: 330.376.4577

ATTORNEYS FOR DEFENDANT
DOLLAR TREE STORES, INC.

## JURY DEMAND

Defendant hereby demands a trial by jury.

*/s/ Christopher E. Cotter*
One of the Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 13th day of July, 2021, which sent electronic notice of such filing to the attorneys of record in this case.

Paul Knott, Esq.
The IMG Center
1360 East 9th Street, Suite 910
Cleveland, Ohio 44114
Phone: 216.589.0907
Fax: 216.589.0907
pknott@knottlawoffice.com

ATTORNEY FOR PLAINTIFF
CORRINE PAYTON

                                                  /s/ *Christopher E. Cotter*
                                                  One of the Attorneys for Defendant